# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

               Plaintiff,

   v.

LUCY CARRILLO-GRANADOS,

               Defendant.

Case No.: 19CR3351-BAS

**JUDGMENT AND ORDER TO DISMISS THE INDICTMENT WITHOUT PREJUDICE**

Upon motion of the United States of America and good cause appearing,

**IT IS HEREBY ORDERED** that the INDICTMENT in the above-entitled case be dismissed without prejudice as to Defendant Lucy Carrillo-Granados.

**IT IS SO ORDERED.**

**DATED: September 13, 2019**

Hon. Cynthia Bashant
United States District Judge

19cr3351